BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-00516 HSG |
| Plaintiff, | ) ORDER EXCLUDING TIME |
| v. | ) UNDER THE SPEEDY TRIAL ACT |
| ANDRE MARTEL WINN, | ) |
| Defendant. | ) |

    Based on the assertions and agreement of the parties at the January 23, 2017 hearing, as set forth in the parties' filed Stipulation, the Court finds that failing to exclude the time between January 23, 2017, and February 27, 2017, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 23, 2017, and February 27, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Stip. Req. and [Proposed] Order
CR 16-00516 HSG

Accordingly, IT IS HEREBY ORDERED that the time between January 23, 2017, and February 27, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: January 26, 2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Stip. Req. and [Proposed] Order
CR 16-00516 HSG