1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Brigid.Martin@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00516-01 HSG |
| Plaintiff, | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANDRE MARTEL WINN, | |
| Defendant. | |

Based on the assertions and agreement of the parties at the September 11, 2017 hearing, as set forth in the parties' filed Stipulation, the Court finds that failing to exclude the time between September 11, 2017, and December 11, 2017, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that time is tolled under the Speedy Trial Act once the parties' briefing on the defendant's motion is completed and under consideration by the Court. 18 U.S.C. § 3161(h)(1)(D). Finally, the Court finds that the

Stip. Req. and Order
CR 16-00516-01 HSG

ends of justice served by excluding the time between September 11, 2017, and December 11, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between September 11, 2017, and December 11, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(iv).

DATED: September 12, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Stip. Req. and Order
CR 16-00516-01 HSG