1   ALEX G. TSE (CABN 152348)
    Acting United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   BRIGID S. MARTIN (CABN 231705)
    Assistant United States Attorney
5           1301 Clay Street, Suite 340S
            Oakland, California 94612
6           Telephone: (510) 637-3680
            FAX: (510) 637-3724
7           Brigid.Martin@usdoj.gov

8   Attorneys for the United States of America

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                   OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA              )   NO. CR 16-516-01 HSG
                                          )
14          Plaintiff,                    )   UNITED STATES' APPLICATION TO FILE
                                          )   EXHIBITS UNDER SEAL IN ITS OPPOSITION IN
15      v.                                )   RESPONSE TO DEFENDANT'S MOTION TO
                                          )   SUPPRESS
16  ANDRE MARTEL WINN,                    )
                                          )
17          Defendant.                    )
                                          )
18

19          The United States hereby requests that the Court permit it to file under seal the following items:

20  Exhibit 1 to Vallerga Declaration (containing sensitive law enforcement information about the

21  investigation of firearms trafficking and firearms tracing); and Exhibit 1 to Topper Declaration (under

22  seal Search Warrant 4-16-70956 DMR), which are Exhibits to Declarations filed in support of the

23  United States' Response in Opposition to Defendant's Motion to Suppress.

24          Exhibit 1 to the Vallerga Declaration tends to disclose gun tracing information and the contents

25  of reporting information regarding firearms purchases to the federal government.  This Exhibit also

26  contains personal information about individuals that is required to be redacted of sealed before filing on

27  ECF.

28  U.S. APP. & ORDER
    CR 16-516-01 HSG

Exhibit 1 to the Topper Declaration is an under seal search warrant. Although the warrant has been unsealed for the limited purpose of providing it to the defense, it otherwise remains a sealed document and should not be filed on the public docket.

Therefore, the government asks that it be permitted to file these two documents under seal, except that it will provide copies of these sealed exhibits to the defense.

DATED: January 31, 2018                                   Respectfully submitted,

                                                          ALEX. G. TSE
                                                          Acting United States Attorney


                                                          _/s/_____
                                                          BRIGID S. MARTIN
                                                          Assistant United States Attorney


ORDER


For good cause shown, IT IS ORDERED that Exhibit 1 to the Vallerga Declaration and Exhibit 1 to the Topper Declaration, in support of the United States' Response in Opposition to Defendant's Motion to Suppress, shall be filed and maintained under seal until further order of this Court, except that the government shall serve copy of these sealed exhibits on defense counsel.


IT IS SO ORDERED.


DATED: January 31, 2018                   _____
                                          HON. HAYWOOD S. GILLIAM, JR.
                                          United States Chief District Judge


U.S. APP. & ORDER
CR 16-516-01 HSG